No. 552, Misc. KING v. MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 554, Misc. ROHR v. NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 558, Misc. LIZARRAGA v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 559, Misc. FITTS v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *John W. Low* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Daniel H. Benson* for the United States.

No. 560, Misc. BARBARO v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 564, Misc. MAHURIN v. CARTER, CORRECTIONS DIRECTOR, ET AL. C. A. 8th Cir. Certiorari denied.

No. 565, Misc. NUSSBAUM v. WAREHIME ET AL. C. A. 7th Cir. Certiorari denied. *William D. Hall* for petitioner. *Robert G. Robb* for respondents.

No. 568, Misc. SHAFER ET AL. v. TENNESSEE. Supreme Court of Tennessee. Certiorari denied. *Grover N. McCormick* and *Hal Gerber* for petitioners. *George F. McCanless,* Attorney General of Tennessee, and *Edgar P. Calhoun,* Assistant Attorney General, for respondent.

No. 569, Misc. GUERRIERI v. OHIO ET AL. Supreme Court of Ohio. Certiorari denied.